■ ANNA FELDMAN, as Executrix of MAX FELDMAN, Deceased, Appellant-Respondent, v. IRVING BRODSKY, Respondent-Appellant.— Judgment and decree so far as appealed from and the order entered February 14, 1957 affirmed. No opinion. Concur — Peck, P. J., Botein, Bergan and Bastow, JJ. [See 5 A D 2d 768.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BRENNAN, Appellant.— Order affirmed. No opinion. Concur — Peck, P. J., Botein, Frank, Bergan and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABNER GREEN, as Treasurer of the American Committee for the Protection of the Foreign Born, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Frank, Bergan and Bastow, JJ.

■ BROWN, HARRIS, STEVENS, INC., et al., Respondents-Appellants, v. MANHATTAN GROCERY COMPANY, Appellant-Respondent, and AUSTIN NICHOLS & Co. et al., Respondents.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Botein, Rabin, Bergan and Bastow, JJ.

■ LOUELLA E. VON TRESCKOW v. WALTER VON TRESCKOW. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, McNally and Bastow, JJ. [See ante, p. 938.]